UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


JASON BOUDREAU

      v.                                                                                                                                                                            CA 13-577 ML

STEVE LUSSIER, et al.


## ORDER


      This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on August 14, 2013.  No objection has been filed and the time for doing so has passed.  The Court adopts the Report and Recommendation in its entirety.  The Complaint is hereby DISMISSED without prejudice.


SO ORDERED:


/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
September 9, 2013